# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM D'AMBROSIO, | ) Case No.: 1:21-cv-0368 JLT |
| Plaintiff, | ) ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME |
| v. | ) (Doc. 14) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

On October 20, 2021, Plaintiff filed a stipulation of the parties for Plaintiff to have an extension of 45 days to file a motion for summary judgment. (Doc. 14.) Plaintiff's counsel reports the extension is necessary due to an increased workload, including "a greater than usual number of merit briefs due in October and November 2021." (*Id.* at 2.) Notably, this is the first request for an extension and it does not appear either party will suffer prejudice from the delay. Accordingly, the Court **ORDERS**:

1. The request for an extension of time (Doc. 14) is **GRANTED**; and
2. Plaintiff **SHALL** file a motion for summary judgment no later than **December 13, 2021**.

IT IS SO ORDERED.

Dated: __October 21, 2021__         _____ /s/ Jennifer L. Thurston
                                    CHIEF UNITED STATES MAGISTRATE JUDGE