UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM D'AMBROSIO, | Case No.: 1:21-cv-0368 JLT |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST FOR A FURTHER EXTENSION OF TIME |
| v. | (Doc. 16) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On December 9, 2021, Plaintiff filed a stipulation of the parties for Plaintiff to have a further extension of seven days to file a motion for summary judgment. (Doc. 16.) Plaintiff's counsel reports the additional extension is necessary due to an increased workload, including "larger than usual number of briefs due for the month of December 2021." (*Id.* at 2.) Notably, it does not appear either party will suffer prejudice from the brief delay. Accordingly, the Court **ORDERS**:

1. The request for a further extension of time (Doc. 16) is **GRANTED**; and
2. Plaintiff **SHALL** file a motion for summary judgment no later than **December 20, 2021**.

IT IS SO ORDERED.

Dated:   **December 9, 2021**              _/s/ Jennifer L. Thurston
                                            CHIEF UNITED STATES MAGISTRATE JUDGE